ANNA DANA, Executrix, Appellant, *versus* ABEL
PRESCOTT, Administrator.

Reference entered into before the judge of probate by an executor or adminis-
trator of any demand which the executor or administrator, *as such*, has against
the estate of the deceased, is void.

THE appellant, *Anna Dana*, was the executrix of the last will
and testament of *Samuel Dana*, who was formerly the executor of
the last will and testament of *John Bulkeley, Jun.*; and the appellee,
*Abel Prescott*, was the administrator, *de bonis non*, with the will
annexed, of said *Bulkeley*. At the Probate Court in this county, in
October, 1799, the *third* account of *Samuel Dana*, (then deceased,)
as he was executor of said *Bulkeley*, was presented for settlement
and allowance by *Anna Dana*, executrix of *Samuel Dana*; and the
heirs at law of said *Bulkeley*, and others concerned, having been
duly notified to appear, the appellee, administrator as aforesaid, and
one of the legatees in the will of *Bulkeley*, for himself and divers
other of the legatees in the same will named, appeared and objected
to the allowance of the account exhibited by the appellant; " where
upon the said *Anna*, for the accountant, and said *Abel*, who is
adversely interested as aforesaid, refer the settlement of
[ * 201 ] said account, *and all demands which said* Samuel *might
have had, as executor, upon the estate of said* Bulkeley *for
moneys paid or service done—and the said* Abel *all claim he might
have had upon said* Samuel, *deceased, as executor, for any estate of
said* Bulkeley, *which he ought still to account for*, to the award, &c
of referees [*named.*] "

The referees reported that there was due from the estate of
*Bulkeley* to the estate of *S. Dana*, $8 and 22 cents, which appear-
ed by their report to be thus made out, *viz.* :—

They charged the accountant with *Samuel
    Dana's* note to *Bulkeley*,                    $36 42
And also by moneys received by him for
    debts and sales of land, &c.,                   725  2
                                                    ———— $761 44

They allowed the accountant the balance of
    his last administration account,               757 49
And divers sums since paid by him as
    executor,                                        12 17
                                                    ———— $769 66

Which left a balance of 8 dollars 22 cents, as above stated. The report of the referees was accepted by the judge of probate, and his decree made in conformity thereto; from which decree, *Anna Dana*, the executrix, appealed, and filed her reasons of appeal, of which only the two following were material, *viz.*, *First*, the said account appears to be founded upon a *report* of certain referees, and to be a part of the same, when there is no law authorizing the submission of an administration account *to referees*, nor had the referees any jurisdiction thereof; and, *secondly*, the decree upon said account appears to have been wholly founded upon the report of said referees, and not * upon the investiga-    [ * **202** ] tion, adjustment, and allowance thereof by the judge, as by law it ought to have been.

The cause was shortly spoken to on the *second* day of the term, and on the *ninth* day of the term, (*Dana*, C. J., *Sedgwick*, *Sewall*, and *Thacher*, justices, being present,) the chief justice delivered it as the unanimous opinion of the Court that the reference entered into before the judge of probate was a nullity, it not being author-ized by the statute 1789, § 1; that the judge of probate had no authority to allow a reference of any demand which an executor or administrator, *as such*, has against the estate of the testator or in-testate; and that the statute extends to such demands only as he had in his own private capacity against the deceased in his lifetime

*Decree reversed.*

*Ward* and *S. Dana* for the appellant.

The *Attorney-General (Sullivan)* and *T. Bigelow* for the ap-pellee.